AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

VICTOR K. OMATEHINSE

## WARRANT FOR ARREST

CASE NUMBER: MISC 93-059

RECEIVED JUN 24 1 21 PM '93

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Victor K. Omatehinse
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)

Mr. Omatehinse has not been in contact with the probation officer since April 6, 1993. His present whereabouts are unknown. He therefore is alleged to be in violation of the following Standard Conditions of Supervision:

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete report within the first five days of each month. SEE ATTACHED.

in violation of Title ______ United States Code, Section(s) ______

Concetta R. Zinni
Name of issuing Officer

Deputy Clerk
Title of Issuing Officer

Concetta R. Zinni
Signature of Issuing Officer

June 24, 1993 at Providence, RI
Date and Location

(3)

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Jonesboro, GA by U.S. Marshals Service | | |
| DATE RECEIVED 06/24/1993 | NAME AND TITLE OF ARRESTING OFFICER Robert D. Young DUSM | SIGNATURE OF ARRESTING OFFICER Robert D. Young |
| DATE OF ARREST 06/21/2005 | | |